FILED
JAMES BONINI
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

201 ᴵᴼCT 19 AM 11: 25
*(OCT 20-10)*

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Virginia LeFever,                    :

      Plaintiff,                    :          Case No. 2 : 11 cv 935

-vs-                                 :          District Judge   JUDGE FROST

James Ferguson, et al.               :          Magistrate Judge
      Defendant,

MAGISTRATE JUDGE DEAVERS

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a),** Paula Brow, trial
<br>(Name of Trial Attorney)

attorney for Virginia LeFever, in the above-referenced action, hereby moves the court to
<br>(Name of Party)

admit ____Jon Loevy____, *pro hac vice* to appear and participate as counsel or co-counsel
<br>(Name of PHV Attorney)

in this case for ____Virginia LeFever____.
<br>(Name of Party)

Movant represents that ____Jon Loevy____ is a member in good standing
<br>(Name of PHV Attorney)

of the highest court of Illinois as attested by the accompanying certificate from that
<br>(Name of State)

court and that ____Jon Loevy____ is not eligible to become a member of the
<br>(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

____Jon Loevy____ understands that, unless expressly excused, he or
<br>(Name of PHV Attorney)

she must register for electronic filing with this Court promptly upon the granting of this Motion.

Russell Ainsworth 's relevant identifying information is as follows:

(Name of PHV Attorney)

Business telephone  (312) 243-5900    Business fax   (312) 243-5902

Business address _____312 N. May Street, Suite 100_____

Chicago, IL 60607

Business e-mail address   russell@loevy.com

*Paula Brown (0068251)*

(Signature of Trial Attorney)

Kravitz, Brown + Dortch LLC

(Address)

65 E State St . Columbus, OH

(City, State, Zip Code)

014 - 546 - 5329

(Telephone Number)

Trial Attorney for  Virginia LeFever

(Name of Party)


## (Please attach required Certificate of Service)



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Jonathan I. Loevy
Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607

Chicago
October 18, 2011

In re: Jonathan I. Loevy
Admitted: 9/9/1994
Attorney No. 6218254

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By:

Darryl R. Evans
Deputy Registrar

DRE